# EXHIBIT A

**Subject:** FW: Dr. Kupperman Deposition Subpoena - House Impeachment Inquiry
**Date:** Friday, October 25, 2019 5:57:17 PM
**Attachments:** 20191025 - Subpoena Kupperman.pdf
ATT00001.htm
House Deposition Regulations.pdf
ATT00002.htm
House Resolution 6 Sec 103(a).pdf
ATT00003.htm
HPSCI Rules of Procedure.pdf
ATT00004.htm

**Resent-From:** "Proofpoint Essentials" <do-not-reply@proofpointessentials.com>
**From:** "Mitchell, Nicolas" ███████████████
**Date:** October 25, 2019 at 4:14:27 PM EDT
**Resent-To:** <mkirk@cooperkirk.com>
**To:** "Michael W. Kirk" <mkirk@cooperkirk.com>, Chuck Cooper <ccooper@cooperkirk.com>
**Cc:** "Bitar, Maher" ███████████████, "Goldman, Daniel" ███████████████, "Noble, Daniel" ███████████████, "Grooms, Susanne Sachsman" ███████████████, "Kenny, Peter" ███████████████, "Bair, James" ███████████████, "Carey, Laura" ███████████████, "Wirkkala, Rheanne" ███████████████

**Subject: Dr. Kupperman Deposition Subpoena - House Impeachment Inquiry**

Mr. Kirk and Mr. Cooper:

Pursuant to the House of Representatives' impeachment inquiry, we are hereby transmitting a subpoena that compels your client, Dr. Charles Kupperman, to appear at a previously scheduled deposition on **October 28, 2019, at 9:30 a.m., at The Capitol, HVC-304**.

The subpoena is being issued by the Permanent Select Committee on Intelligence under the Rules of the House of Representatives in exercise of its oversight and legislative jurisdiction and after consultation with the Committee on Foreign Affairs and the Committee on Oversight and Reform.  The testimony shall be part of the House's impeachment inquiry and shared among the Committees, as well as with the Committee on the Judiciary as appropriate.  Your client's failure or refusal to comply with the subpoena, including at the direction or behest of the President, the White House, or the State Department shall constitute evidence of obstruction of the House's impeachment inquiry and may be used as an adverse inference against the President.

In light of recent attempts by the Administration to direct witnesses not to appear voluntarily for depositions, the enclosed subpoena compels your client's mandatory appearance.

Enclosed are copies of the House Deposition Rules, Section 103(a) of H. Res. 6, and HPSCI's Rules of Procedure for your information.

Kindly confirm receipt.  Thank you.

Ex. A at 1


Nicolas A. Mitchell
Senior Investigative Counsel
House Permanent Select Committee on Intelligence

[redacted]

# SUBPOENA

## BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

To **Dr. Charles Kupperman**

You are hereby commanded to be and appear before the
House Permanent Select Committee on Intelligence

of the House of Representatives of the United States at the place, date, and time specified below.

☐ **to produce the things identified on the attached schedule** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of production: _____

Date: _____ Time: _____

☑ **to testify at a deposition** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: **HPSCI, HVC-304, THE CAPITOL**

Date: **10/28/19** Time: **9:30 a.m.**

☐ **to testify at a hearing** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: _____

Date: _____ Time: _____

To **U.S. Marshals Service, or any authorized Member or congressional staff** to serve and make return.

Witness my hand and the seal of the House of Representatives of the United States, at the city of Washington, D.C. this **21ST** day of **OCTOBER**, 20**19**.

_____
Chairman or Authorized Member

Attest: _____
Clerk

## PROOF OF SERVICE

Subpoena for Dr. Charles Kupperman

Address C/o Michael W. Kirk, Esq., Cooper & Kirk, PLLC, 1523 New Hampshire Ave., N.W.

Washington, D.C. 20036

before the Permanent Select Committee on Intelligence

*U.S. House of Representatives*
*116th Congress*

---

Served by (print name) Maher Bitar

Title General Counsel

Manner of service Electronic Mail

Date 10/25/2019

Signature of Server _[signature]_

Address Permanent Select Committee on Intelligence, HVC-304, U.S. Capitol

**Ex. A at 4**