# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN  )<br>  )<br>  *Plaintiff*,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES HOUSE OF  )<br>REPRESENTATIVES, *et al.*,  )<br>  )<br>  *Defendants*.  ) | Civil Action No. 19-3224 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Michael W. Kirk, am admitted to practice law in this Court and hereby enter my appearance on behalf of Plaintiff.

Dated:  October 25, 2019

Respectfully submitted,

/s/ Michael W. Kirk
Michael W. Kirk
  (DC Bar. No. 424648)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
mkirk@cooperkirk.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document on the following by causing it to be mailed via First Class USPS Mail:

United States House of Representatives
Ford House Office Building
Room 217
Washington, D.C.  20515,

The Honorable Donald J. Trump
President of the United States
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500,

The Honorable Nancy Pelosi
Speaker of the House of Representatives
1236 Longworth House Office Building
Washington, D.C.  20515,

The Honorable Adam B. Schiff
Chairman
House Permanent Select Committee on Intelligence
HVC304 Capitol
Washington, D.C.  20515,

The Honorable Eliot L. Engel
Chairman
House Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, D.C.  20515,

The Honorable Carolyn B. Maloney
Acting Chair
House Committee on Oversight and Reform
2157 Rayburn House Office Building
Washington, D.C.  20515

/s/ Michael W. Kirk
Michael W. Kirk
  (DC Bar. No. 424648)
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
mkirk@cooperkirk.com

*Attorney for Plaintiff*