**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

CHARLES M. KUPPERMAN )
)
      *Plaintiff*, )
)
v. )   Civil Action No.  1:19-cv-3224 (RJL)
)
UNITED STATES HOUSE OF )
REPRESENTATIVES, *et al.* )
)
      *Defendants.* )

## NOTICE OF APPEARANCE

Please take notice that James M. Burnham, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendant Donald J. Trump, in his official capacity as President of the United States.

Dated: October 29, 2019                       Respectfully submitted,

                                                       JOSEPH H. HUNT
                                                       Assistant Attorney General

                                                       JAMES M. BURNHAM
                                                       Deputy Assistant Attorney General

                                                       JAMES J. GILLIGAN
                                                       Special Litigation Counsel

                                                       ELIZABETH J. SHAPIRO
                                                       Deputy Director

                                                       /s/ *James M. Burnham*

                                                       JAMES M. BURNHAM (AZ Bar No. 034363)
                                                       Deputy Assistant Attorney General
                                                       United States Department of Justice
                                                       Civil Division
                                                       950 Pennsylvania Ave, NW
                                                       Washington, D.C. 20530
                                                       Tel: (202) 353-2793

Fax: (202) 305-8470
Email: James.M.Burnham@usdoj.gov

*Counsel for President Trump*