# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHARLES M. KUPPERMAN, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-3224 (RJL) |
| UNITED STATES HOUSE OF REPRESENTATIVES, *et al.* | ) ) ) ) | |
| *Defendants.* | ) ) | |

## NOTICE OF APPEARANCE

Please take notice that Steven A. Myers, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant Donald J. Trump, in his official capacity as President of the United States.

Dated: October 29, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305-8648
steven.a.myers@usdoj.gov

*Counsel for President Trump*