**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| CHARLES M. KUPPERMAN ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.  1:19-cv-3224 (RJL) |
| ) | |
| UNITED STATES HOUSE OF ) | |
| REPRESENTATIVES, *et al.* ) | |
| ) | |
| *Defendants.* ) | |

## DEFENDANTS' UNOPPOSED JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The Defendants to the above-captioned action respectfully move to reschedule the October 31, 2019, status conference.  In support of this unopposed joint motion, and in accordance with the Court's Standing Order, ECF No. 4, the parties state as follows:

1.      Plaintiff filed his Complaint on Friday, October 25, 2019.  Complaint, ECF No. 1. On Monday, October 28, 2019, the Court scheduled a status conference for Thursday, October 31, 2019 at 3:00 PM.

2.      As of the date Plaintiff filed his Complaint, counsel for both the Department of Justice and the House of Representatives in this case were already scheduled to present oral argument on cross-motions for summary judgment at 2:00 PM on October 31, 2019, in *Committee on the Judiciary, United States House of Representatives v. Donald F. McGahn II*, No. 1:19-cv-2379-KBJ (D.D.C.).  That case raises a number of issues that may overlap with the issues presented in this case, and the same attorneys from the Department of Justice and the House of Representatives will be working on both matters.  Moreover, in light of the number of issues presented in the *McGahn* case, the Defendants reasonably anticipate that the motions hearing will

last several hours.  Given this pre-existing conflict, undersigned counsel for the Defendants respectfully submit that good cause exists to reschedule the status conference.

3.     Pursuant to the Court's Standing Order, ECF No. 4 at ¶ 4(c), the Defendants propose that the status conference be held at any time on November 1, 2019, November 4, 2019, or November 5, 2019.  While undersigned counsel for the Defendants will of course make themselves available on any of these alternative dates and times if so ordered by the Court, such counsel strongly prefer that the status conference be held on November 1, 2019, because such counsel are also scheduled to present oral argument on a motion to dismiss at 10:00 AM on November 6, 2019, in *Committee on Ways & Means, United States House of Representatives v. United States Department of the Treasury et al.*, No. 1:19-cv-1974-TNM (D.D.C.).

4.     Counsel for the respective Defendants have conferred with Plaintiff's counsel about their request to reschedule the status conference.  Counsel advised that Plaintiff does not oppose the relief requested herein, and further that, in light of the Court's recognition of "the time-sensitive nature of the issues raised in this case," Plaintiff's counsel will make themselves available for a status conference at the earliest moment convenient to the Court's calendar.

For the foregoing reasons, the Defendants respectfully request that the Court grant this unopposed joint motion to reschedule the status conference.  A proposed Order is attached.

Date: October 29, 2019                    Respectfully submitted,

                                          JOSEPH H. HUNT
                                          Assistant Attorney General

                                          JAMES M. BURNHAM
                                          Deputy Assistant Attorney General

                                          JAMES J. GILLIGAN
                                          Special Litigation Counsel

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar 69114)
ANDREW BERNIE (DC Bar. No. 995376)
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 305-2677
Fax: (202) 305-8470
Email: cristen.handley@usdoj.gov

*Counsel for President Trump*

*/s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
	*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
	*Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
	*Associate General Counsel*
Josephine Morse (DC Bar No. 1531317)
	*Associate General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
	*Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov