IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
CHARLES M. KUPPERMAN                      )
                                          )
        *Plaintiff*,                         )
                                          )
v.                                        )   Civil Action No.  1:19-cv-3224 (RJL)
                                          )
UNITED STATES HOUSE OF                    )
REPRESENTATIVES, *et al.*                 )
                                          )
        *Defendants.*                       )

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendant Donald J. Trump, in his official capacity as President of the United States.

Dated: October 29, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel


/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(DC Bar No. 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514-5302
Elizabeth.Shapiro@usdoj.gov