IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-03224-RJL |

**NOTICE OF APPEARANCE**

I, Todd B. Tatelman, hereby enter my appearance as counsel in the above-captioned case for the United States House of Representatives, Speaker Nancy Pelosi, Chairman Adam Schiff, Chairman Eliot Engel, and Acting Chairwoman Carolyn B. Maloney.  Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Todd B. Tatelman*
TODD B. TATELMAN (VA Bar No. 66008)
  *Deputy General Counsel*
OFFICE OF GENERAL COUNSEL[*]
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
todd.tatelman@mail.house.gov

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571(a).

*Counsel for Defendants, the United States House of Representatives, Speaker Nancy Pelosi, Chairman Adam Schiff, Chairman Eliot Engel, and Acting Chairwoman Carolyn B. Maloney*

October 31, 2019

## CERTIFICATE OF SERVICE

I certify that on October 31, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Todd B. Tatelman*
Todd B. Tatelman