**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHARLES M. KUPPERMAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-3224 (RJL) |
| ) | |
| UNITED STATES HOUSE OF ) | |
| REPRESENTATIVES, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF APPEARANCE**

Please take notice that Serena M. Orloff, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendant Donald J. Trump, in his official capacity as President of the United States.

Dated: October 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *Serena Orloff*
SERENA M. ORLOFF (CA Bar No. 260888)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0167
Fax: (202) 616-8470

serena.m.orloff@usdoj.gov

*Counsel for President Trump*