# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Charles M. Kupperman**

Plaintiff

vs.    Case No.: 1:19-cv-03224-RJL

**United States House of Representatives, et al.**

Defendant

## AFFIDAVIT OF SERVICE

I, Ray Charrette, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/28/2019 at 3:48 PM, I served United States of America, U.S. Attorney's Office for the District of Columbia with the Summons and Complaint with Exhibits at 501 3rd Street, NW, 4th Floor, Washington, DC 20530 by serving Joseph Finnegan, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Joseph Finnegan is described herein as:

Gender: Male   Race/Skin: White   Age: 60's   Weight: 160   Height: 5'7"   Hair: Gray   Glasses: No

I declare under penalty of perjury that this information is true and correct.

10/29/2019
Executed On

Ray Charrette

Client Ref Number: N/A
Job #: 1569942

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Charles M. Kupperman

*Plaintiff(s)*

v.

United States House of Representatives, et al.

*Defendant(s)*

Civil Action No. 19-3224-RJL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
United States Attorneys' Office
District of Columbia
501 Third Street N.W., Fourth Floor
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 10/28/2019



/s/ Mariela Cruz

*Signature of Clerk or Deputy Clerk*