# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Charles M. Kupperman**

Plaintiff

vs.   Case No.: 1:19-cv-03224-RJL

**United States House of Representatives, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits, and Case Management Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/29/2019 at 3:01 PM, I served United States House of Representatives with the Summons, Complaint with Exhibits, and Case Management Order at 219 Cannon House Office Building, Washington, DC 20515 by serving Todd Tatleman, General Counsel, authorized to accept service.

Todd Tatleman is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 235   Height: 5'10"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

10/31/19
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1569962

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Charles M. Kupperman )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 19-3224-RJL
United States House of Representatives, et al. )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States House of Representatives
Ford House Office Building Room 217
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 10/28/2019 /s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Charles M. Kupperman**

Plaintiff

vs.   Case No.: 1:19-cv-03224-RJL

**United States House of Representatives, et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits, and Case Management Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/29/2019 at 3:01 PM, I served The Honorable Adam B. Schiff, in his official capacity as Chairman of the House Permanent Select Committee on Intelligence with the Summons, Complaint with Exhibits, and Case Management Order at 219 Cannon House Office Building, Washington, DC 20515 by serving Todd Tatleman, General Counsel, authorized to accept service.

Todd Tatleman is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 235   Height: 5'10"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

10/31/19
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1569954

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Charles M. Kupperman )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 19-3224-RJL
United States House of Representatives, et al. )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Honorable Adam B. Schiff
HVC304 Capitol
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 10/28/2019      /s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

Charles M. Kupperman

Plaintiff

vs.

Case No.: 1:19-cv-03224-RJL

United States House of Representatives, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits, and Case Management Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/29/2019 at 3:01 PM, I served The Honorable Carolyn B. Maloney, in her official capacity as Acting Chair of the House Committee on Oversight and Reform with the Summons, Complaint with Exhibits, and Case Management Order at 219 Cannon House Office Building, Washington, DC 20515 by serving Todd Tatleman, General Counsel, authorized to accept service.

Todd Tatleman is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 235   Height: 5'10"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

10/31/19
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1569958

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Charles M. Kupperman )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 19-3224-RJL
)
United States House of Representatives, et al. )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Honorable Carolyn B. Maloney
2157 Rayburn House Office Building
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 10/28/2019                                                            /s/ Mariela Cruz
                                                                        *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Charles M. Kupperman

Plaintiff

vs.

Case No.: 1:19-cv-03224-RJL

United States House of Representatives, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits, and Case Management Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/29/2019 at 3:01 PM, I served The Honorable Eliot L. Engel, in his official capacity as Chairman of the House Committee on Foreign Affairs with the Summons, Complaint with Exhibits, and Case Management Order at 219 Cannon House Office Building, Washington, DC 20515 by serving Todd Tatleman, General Counsel, authorized to accept service.

Todd Tatleman is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 235   Height: 5'10"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

10/31/19
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1569959

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Charles M. Kupperman

*Plaintiff(s)*

v.

United States House of Representatives, et al.

*Defendant(s)*

Civil Action No. 19-3224-RJL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Honorable Eliot L. Engel
2170 Rayburn House Office Building
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 10/28/2019



/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Charles M. Kupperman

Plaintiff

vs.

Case No.: 1:19-cv-03224-RJL

United States House of Representatives, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits, and Case Management Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/29/2019 at 3:01 PM, I served The Honorable Nancy Pelosi, in her official capacity as Speaker of the House of Representatives with the Summons, Complaint with Exhibits, and Case Management Order at 219 Cannon House Office Building, Washington, DC 20515 by serving Todd Tatleman, General Counsel, authorized to accept service.

Todd Tatleman is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 235   Height: 5'10"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

10/31/19
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1569961

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Charles M. Kupperman <br> *Plaintiff(s)* <br> v. <br> United States House of Representatives, et al. <br> *Defendant(s)* | Civil Action No. 19-3224-RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Honorable Nancy Pelosi
1236 Longworth House Office Building
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 10/28/2019

/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

