UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 19-3224 (RJL) |
| | ) |
| UNITED STATES HOUSE OF | ) |
| REPRESENTATIVES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**
November 4, 2019

Upon further review of the transcript of the October 31, 2019 status conference [Dkt. # 15] in this matter, and upon consideration of plaintiff's November 4, 2019 letter to the Court [Dkt. # 18], it is hereby **ORDERED** that the briefing schedule in this case is amended and clarified as follows.

- On or before November 14, 2019, defendants shall file any dispositive motions they intend to bring in this case. In support of their motions, defendants should raise all arguments—including both arguments relating to the justiciability of plaintiff's claims and arguments relating to the merits of plaintiff's claims—that, they contend, provide a basis for resolving plaintiff's claims as a matter of law.

- On or before November 27, 2019, all parties shall file any briefs in opposition, whether relating to justiciability or the merits.

- On or before December 4, 2019, defendants may file reply briefs in support of the grounds for resolving plaintiff's claims that were raised in their opening briefs.

- At the December 10, 2019 hearing, the parties should be prepared to address all dispositive issues—whether relating to justiciability or the merits—on which they have a position.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge