## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-3224 |
| UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*, | )<br>)<br>)<br>) |
| Defendant. | ) |

### AFFIDAVIT OF MAILING

I, Katie Troilo, hereby state that:

I am a Legal Assistant at Cooper & Kirk, PLLC.

On October 28, 2019, I caused to be deposited in the United States Mail copies of the summons, complaint, and notice of appearance in the above-captioned matter, postage prepaid, first class and certified, addressed to the following two recipients:

President Donald J. Trump
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

I have attached a tracking report and receipt for the certified mail No. 10172680000106633839, indicating that delivery of the summons and complaint was made upon President Donald J. Trump on November 6, 2019.

I have attached a tracking report and receipt for the certified mail No. 10172680000106633846, indicating that delivery of the summons and complaint was made upon the Attorney General of the United States on November 4, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of November, 2019.

/s/ Katie Troilo
Katie Troilo







