**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES M. KUPPERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>*Defendants*. | No. 19-cv-3224 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of the House Defendants' Notice of Mootness and Motion to Vacate Briefing Schedule (Nov. 6, 2019), any responses thereto, and the entire record herein, it is hereby

**ORDERED** that the House Defendants' motion, which notes that this case has become moot, is **GRANTED**; and it is further

**ORDERED** that the briefing schedule established by this Court's Order (Nov. 4, 2019), ECF No. 19, is **VACATED**; and it is further

**ORDERED** that Defendants' responses to Plaintiff's complaint are due by December 27, 2019.

**SO ORDERED**.

_____          _____
Date                                                      U.S. District Judge