# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN, | ) |
| Plaintiff, | ) |
| JOHN MICHAEL MULVANEY, | ) |
| Proposed Intervenor-Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-03224-RJL |
| UNITED STATES HOUSE OF REPRESENTATIVES, | ) |
| Defendant, | ) |
| THE HONORABLE DONALD J. TRUMP, in his official capacity as President of the United States, | ) |
| Defendant, | ) |
| THE HONORABLE NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, | ) |
| Defendant, | ) |
| THE HOUSE PERMANENT SELECT COMMITTEE ON INTELLIGENCE, | ) |
| Proposed Defendant, | ) |
| THE HONORABLE ADAM B. SCHIFF, in his official capacity as Chairman of the House Permanent Select Committee on Intelligence, | ) |
| Defendant, | ) |

| | |
|---|---|
| THE HOUSE COMMITTEE ON FOREIGN AFFAIRS, | ) ) ) |
| Proposed Defendant, | ) ) |
| THE HONORABLE ELIOT L. ENGEL, in his official capacity as Chairman of the House Committee on Foreign Affairs, | ) ) ) ) ) |
| Defendant, | ) ) |
| THE HOUSE COMMITTEE ON OVERSIGHT AND REFORM, | ) ) ) |
| Proposed Defendant, | ) ) |
| THE HONORABLE CAROLYN B. MALONEY, in her official capacity as Acting Chair of the House Committee on Oversight and Reform, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William Pittard, a member of this bar in good standing, hereby notices his appearance for Proposed Intervenor-Plaintiff John Michael Mulvaney.

                                                    Respectfully submitted,

DATED:  November 8, 2019            */s/ William Pittard*
                                                    William Pittard (DC Bar No. 482949)
                                                    KAISERDILLON PLLC
                                                    1099 14th Street NW – 8th Floor West
                                                    Washington, DC 20005
                                                    T: (202) 640-2850
                                                    F: (202) 280-1034
                                                    wpittard@kaiserdillon.com

                                                    *Attorney for John Michael Mulvaney*