# Exhibit 1

██████████████████████████████████████████████████████

**From:** Noble, Daniel ██████████████████████
**Sent:** Thursday, November 7, 2019 6:36 PM
**To:** Mulvaney, Mick M. EOP/WHO ██████████████████
**Cc:** Bergreen, Timothy <██████████████████████; Bitar, Maher ██████████████████████; Goldman, Daniel ██████████████████ Mitchell, Nicolas ██████████████████████; Wirkkala, Rheanne ██████████████████ Rapallo, Dave ██████████████████; Grooms, Susanne Sachsman ██████████████████; Kenny, Peter ██████████████████; Carey, Laura ██████████████████ Bair, James ██████████████████; Purpura, Michael M. EOP/WHO ██████████████████
**Subject:** Subpoena - House Impeachment Inquiry

Mr. Mulvaney,

Please see the attached subpoena commanding you to appear for a deposition as part of the House of Representatives' impeachment inquiry at the previously noticed date, time, and location: **November 8, at 9:00 a.m. in HVC-304, The Capitol**.

This subpoena is being issued by the Permanent Select Committee on Intelligence under the Rules of the House of Representatives in exercise of its oversight and legislative jurisdiction and after consultation with the Committee on Foreign Affairs and the Committee on Oversight and Reform.  The deposition transcript shall be collected as part of the House's impeachment inquiry and shared among the Committees, as well as with the Committee on the Judiciary as appropriate.  Your failure or refusal to comply with the subpoena, including at the direction or behest of the President, shall constitute further evidence of obstruction of the House's impeachment inquiry and may be used as an adverse inference against you and the President.  Moreover, your failure to appear shall constitute evidence that may be used against you in a contempt proceeding.

Attached for your reference are the House deposition regulations and HPSCI's Rules of Procedure.

Please confirm receipt.

Sincerely,


Daniel S. Noble
Senior Investigative Counsel (Majority)
House Permanent Select Committee on Intelligence
The Capitol (HVC-304)
Desk: ██████████
Cell: ██████████
Secure: ██████████

# SUBPOENA

## BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

To **THE HONORABLE JOHN MICHAEL ("MICK") MULVANEY**

You are hereby commanded to be and appear before the
Permanent Select Committee on Intelligence

of the House of Representatives of the United States at the place, date, and time specified below.

☐ **to produce the things identified on the attached schedule** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of production: _____

Date: _____    Time: _____

☑ **to testify at a deposition** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: **PERMANENT SELECT COMMITTEE ON INTELLIGENCE, HVC-304, U.S. CAPITOL**

Date: **NOVEMBER 8, 2019**    Time: **9:00 AM**

☐ **to testify at a hearing** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: _____

Date: _____    Time: _____

To The U.S. Marshals Service, or any authorized Member or congressional staff _____ to serve and make return.

Witness my hand and the seal of the House of Representatives of the United States, at the city of Washington, D.C. this **4TH** day of **NOVEMBER**, 20**19**.

_____
*Chairman or Authorized Member*

Attest: _____
*Clerk*

## PROOF OF SERVICE

Subpoena for    THE HONORABLE JOHN MICHAEL ("MICK") MULVANEY

Address

before the   Permanent Select Committee on Intelligence

*U.S. House of Representatives*
*116th Congress*

Served by (print name)   Maher Bitar

Title   General Counsel

Manner of service   Electronic Mail

Date   11/7/2019

Signature of Server

Address   Permanent Select Committee on Intelligence, HVC-304, U.S. Capitol