**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES M. KUPPERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| JOHN MICHAEL MULVANEY, ) | |
| ) | |
| Proposed Intervenor-Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-03224-RJL |
| ) | |
| UNITED STATES HOUSE OF ) | |
| REPRESENTATIVES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| THE HONORABLE DONALD J. TRUMP, ) | |
| in his official capacity as President of the ) | |
| United States, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| THE HONORABLE NANCY PELOSI, ) | |
| in her official capacity as Speaker of the ) | |
| United States House of Representatives, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| THE HOUSE PERMANENT SELECT ) | |
| COMMITTEE ON INTELLIGENCE, ) | |
| ) | |
| Proposed Defendant, ) | |
| ) | |
| THE HONORABLE ADAM B. SCHIFF, ) | |
| in his official capacity as Chairman of the ) | |
| House Permanent Select Committee ) | |
| on Intelligence, ) | |
| ) | |
| Defendant, ) | |
| ) | |

| | |
|---|---|
| THE HOUSE COMMITTEE ON FOREIGN AFFAIRS, | ) ) ) |
| Proposed Defendant, | ) ) ) |
| THE HONORABLE ELIOT L. ENGEL, in his official capacity as Chairman of the House Committee on Foreign Affairs, | ) ) ) ) ) |
| Defendant, | ) ) ) |
| THE HOUSE COMMITTEE ON OVERSIGHT AND REFORM, | ) ) ) |
| Proposed Defendant, | ) ) ) |
| THE HONORABLE CAROLYN B. MALONEY, in her official capacity as Acting Chair of the House Committee on Oversight and Reform, | ) ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher C. Muha, a member of this bar in good standing, hereby notices his appearance for Proposed Intervenor-Plaintiff John Michael Mulvaney.

Respectfully submitted,

DATED: November 8, 2019

*/s/ Christopher C. Muha*
Christopher C. Muha (DC Bar No. 987116)
KAISERDILLON PLLC
1099 14th Street NW – 8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
cmuha@kaiserdillon.com

*Attorney for John Michael Mulvaney*