IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES HOUSE OF<br>    REPRESENTATIVES, *et al.*,<br><br>*Defendants*. | No. 19-cv-3224 (RJL) |

## NOTICE OF APPEARANCE

I, Adam Grogg, hereby enter my appearance as counsel in the above-captioned case for the House Defendants. Please send all future notices in this matter to me.

                                      Respectfully submitted,

                                      */s/ Adam A. Grogg*
                                      ADAM A. GROGG (D.C. Bar No. 1552438)
                                        *Assistant General Counsel*
                                      OFFICE OF GENERAL COUNSEL
                                      U.S. HOUSE OF REPRESENTATIVES
                                      219 Cannon House Office Building
                                      Washington, D.C. 20515
                                      Telephone: (202) 225-9700

                                      *Counsel for House Defendants*

November 10, 2019