AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Charles M. Kupperman, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-03224-RJL |
| United States House of Representatives, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed intervenors CBS Broadcasting Inc. and NBCUniversal Media, LLC.

Date: 11/11/2019

/s/ Matthew E. Kelley
*Attorney's signature*

Matthew E. Kelley, DC Bar #1018126
*Printed name and bar number*
Ballard Spahr LLP
1909 K Street NW
12th Floor
Washington, DC 20006
*Address*

kelleym@ballardspahr.com
*E-mail address*

(202) 508-1112
*Telephone number*

(202) 661-2299
*FAX number*