**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHARLES M. KUPPERMAN,

    *Plaintiff*,

 v.

UNITED STATES HOUSE OF
  REPRESENTATIVES, *et al.*,

    *Defendants*.

No. 19-cv-3224 (RJL)

<u>**NOTICE OF APPEARANCE**</u>

   I, Megan Barbero, hereby enter my appearance as counsel in the above-captioned case for

the House Defendants.  Please send all future notices in this matter to me.

      Respectfully submitted,

      */s/ Megan Barbero*
      MEGAN BARBERO (MA Bar No. 668854)
       *Associate General Counsel*
      OFFICE OF GENERAL COUNSEL
      U.S. HOUSE OF REPRESENTATIVES
      219 Cannon House Office Building
      Washington, DC  20515
      Telephone: (202) 225-9700

      *Counsel for House Defendants*

November 11, 2019