**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES M. KUPPERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| JOHN MICHAEL MULVANEY, | ) |
| | ) |
| Proposed Intervenor-Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-03224-RJL |
| | ) |
| UNITED STATES HOUSE OF REPRESENTATIVES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| THE HONORABLE DONALD J. TRUMP, in his official capacity as President of the United States, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| THE HONORABLE NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| THE HOUSE PERMANENT SELECT COMMITTEE ON INTELLIGENCE, | ) |
| | ) |
| Proposed Defendant, | ) |
| | ) |
| THE HONORABLE ADAM B. SCHIFF, in his official capacity as Chairman of the House Permanent Select Committee on Intelligence, | ) |
| | ) |
| Defendant, | ) |

| | |
|---|---|
| THE HOUSE COMMITTEE ON FOREIGN AFFAIRS, | ) ) ) |
| Proposed Defendant, | ) ) |
| THE HONORABLE ELIOT L. ENGEL, in his official capacity as Chairman of the House Committee on Foreign Affairs, | ) ) ) ) ) |
| Defendant, | ) ) |
| THE HOUSE COMMITTEE ON OVERSIGHT AND REFORM, | ) ) ) |
| Proposed Defendant, | ) ) |
| THE HONORABLE CAROLYN B. MALONEY, in her official capacity as Acting Chair of the House Committee on Oversight and Reform, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL

John Michael Mulvaney, through undersigned counsel, hereby notices the withdrawal of his Motion to Intervene (Nov. 8, 2019) (ECF No. 26) and his intent to refile Exhibit 3 to that motion in the manner discussed on this evening's telephone conference, as a separate related case.

Respectfully submitted,

DATED:  November 11, 2019

*/s/ William Pittard*
William Pittard (DC Bar No. 482949)
Christopher C. Muha (DC Bar No. 987116)
KAISERDILLON PLLC
1099 14th Street NW – 8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034

- 3 -

        wpittard@kaiserdillon.com
        cmuha@kaiserdillon.com

*Attorneys for John Michael Mulvaney*