IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN,  *Plaintiff*,  v.  UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*  *Defendants.* | Civil Action No. 1:19-cv-3224 (RJL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant President Donald J. Trump's motion to dismiss or for summary judgment, the parties' oppositions and replies, and the entire record herein, it is hereby ORDERED that the President's motion is GRANTED.

**IT IS SO ORDERED.**

Date: _____

_____
HON. RICHARD J. LEON
United States District Judge