IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>*Defendants*. | No. 19-cv-3224 (RJL) |

### HOUSE DEFENDANTS' NOTICE OF INTENT TO RESPOND

Plaintiff Charles M. Kupperman has filed a Motion to Add the Honorable Paul D. Irving as Co-Defendant (Nov. 27, 2019), ECF No. 43. As Plaintiff noted, House Defendants intend to respond to Plaintiff's motion. *See id.* at 5. Absent an order by this Court directing otherwise, House Defendants plan to file their opposition on December 4, 2019, alongside their reply in support of their motion to dismiss.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
    *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
    *Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
    *Associate General Counsel*
Josephine Morse (DC Bar No. 1531317)
    *Associate General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
    *Assistant General Counsel*
William E. Havemann (VA Bar No. 86961)
    *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, DC  20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for the House Defendants*

November 28, 2019