# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHARLES M. KUPPERMAN,

    *Plaintiff*,

v.

UNITED STATES HOUSE OF
    REPRESENTATIVES, *et al.*,

    *Defendants*.

No. 19-cv-3224 (RJL)

    I, Daniel F. Jacobson, hereby enter my appearance as counsel in the above-captioned case for the United States House of Representatives, Speaker Nancy Pelosi, Chairman Adam Schiff, Chairman Eliot Engel, and Chairwoman Carolyn B. Maloney. Please send all future notices in this matter to me.

                                          Respectfully submitted,

                                          */s/ Daniel F. Jacobson*
                                          Daniel F. Jacobson (DC Bar No. 1016621)
                                          ARNOLD & PORTER KAYE SCHOLER LLP
                                          601 Massachusetts Avenue, N.W.
                                          Washington, DC 20001-3743
                                          (202) 942-5000
                                          daniel.jacobson@arnoldporter.com

December 4, 2019

2

**CERTIFICATE OF SERVICE**

    I certify that on December 4, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

                                              */s/Daniel F. Jacobson*
                                              Daniel F. Jacobson