### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES M. KUPPERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>*Defendants*. | No. 19-cv-3224 (RJL) |

### NOTICE

Defendants the United States House of Representatives, Speaker Nancy Pelosi, Chairman Adam Schiff, Chairman Eliot Engel, and Acting Chairwoman Carolyn B. Maloney (House Defendants), through counsel, respectfully submit the attached pages from *The Trump-Ukraine Impeachment Inquiry Report* published by the House Permanent Select Committee on Intelligence in consultation with the House Committees on Oversight and Reform and Foreign Affairs.  House Perm. Select Comm. on Intelligence, *The Trump-Ukraine Impeachment Inquiry Report*, https://perma.cc/7APF-Y4EQ.

As the Committee's report was referenced by the Court at oral argument, House Defendants note that, consistent with the representations made by counsel, the report expressly states that "[a]lthough the Committee *will not reissue the subpoena* to Dr. Kupperman and the court case is moot, he could choose to appear on a voluntary basis to assist Congress in the discharge of its Constitutional responsibilities." *Id.* at 281 n.255 (emphasis added) (attached as Ex. 1).

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
    *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
    *Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
    *Associate General Counsel*
Josephine Morse (DC Bar No. 1531317)
    *Associate General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
    *Assistant General Counsel*
William E. Havemann (VA Bar No. 86961)
    *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, DC  20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for the House Defendants*

December 11, 2019