**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES M. KUPPERMAN,              ) <br> ) <br> *Plaintiff*,     ) <br> ) <br> v.     ) <br> ) <br> UNITED STATES HOUSE OF     ) <br>    REPRESENTATIVES, *et al.*,     ) <br> ) <br> *Defendants*,     ) <br> ) <br> THE HONORABLE PAUL D. IRVING,     ) <br> in his official capacity as Sergeant-at-Arms of the     ) <br> United States House of Representatives,     ) <br> The United States Capitol, Room H-124     ) <br> Washington, D.C. 20515     ) <br> ) <br> *Proposed Defendant.*     ) <br> ) | Civil Action No. 19-3224 (RJL) |

**PLAINTIFF'S RESPONSE TO THE HOUSE DEFENDANTS' NOTICE**

At the argument of this case yesterday, I stated to the Court that the December 3 impeachment report published by the House Permanent Select Committee on Intelligence "does not say that the House would not reissue the subpoena" to Dr. Kupperman. *See* Transcript of Motion Hearing Proceedings Before the Honorable Richard J. Leon 40:7–8 (Dec. 10, 2019). My statement was too sweeping. As the House Defendants' notice points out, the report states that "the Committee will not reissue the subpoena to Dr. Kupperman." *See* Doc. 60-1 at 281 n.255. I apologize to the Court and the parties for my error, and I thank counsel for the House Defendants for correcting it.

1

2

December 11, 2019						Respectfully submitted,

							<u>/s/ Charles J. Cooper</u>
							Charles J. Cooper, Bar No. 248070
							COOPER & KIRK, PLLC
							1523 New Hampshire Avenue, NW
							Washington, DC  20036
							Telephone: (202) 220-9600
							Facsimile: (202) 220-9601
							Email: ccooper@cooperkirk.com

							*Counsel for Plaintiff Charles M. Kupperman*

2