UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CHARLES M. KUPPERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 19-3224 (RJL) |
| | ) |
| UNITED STATES HOUSE OF | ) |
| REPRESENTATIVES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

---

**ORDER**

December 30, 2019 [Dkt. ##40, 41, 43]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motions to dismiss [Dkt. ##40, 41] are **GRANTED**, and plaintiff's motion to add the Sergeant-at-Arms of the United States House of Representatives as a co-defendant [Dkt. #43] is **DENIED as MOOT**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge